IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COREY PHOENIX**, dba Phoenix Brothers, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>**RYDER VEHICLE SALES, LLC**,<br><br>    Defendant. | **CIVIL ACTION FILE NO.**<br><br>_____ |

## NOTICE OF REMOVAL

Defendant Ryder Truck Rental, Inc. ("Defendant" or "Ryder") submits this Petition for Removal of the action referenced herein from the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, respectfully showing as follows:

1.

Defendant herein is the sole named defendant in a civil action brought in the State Court of Fulton County, Georgia, styled *Corey Phoenix, dba Phoenix Brothers, Inc. v. Ryder Vehicle Sales, LLC*, Civil Action File no. 21EV003002. Attached hereto and made a part hereof as Exhibits are:

- Exhibit "A":  A true copy of the complaint filed by Plaintiff in the State Court of Fulton County; and

- Exhibit "B":  A true copy of the Summons issued by the Clerk of the State Court of Fulton County as to "Ryder Vehicle Sales, LLC/Corporate Creations Network Inc."

The attachments hereto, Exhibits "A" and "B," constitute all the pleadings of which the Defendant's counsel currently have possession that have been filed in the subject case in the State Court of Fulton County, Georgia.

2.

The aforementioned action was commenced by the filing of Plaintiff's complaint in the State Court of Fulton County, Georgia on May 17, 2021.

3.

This Court has jurisdiction over this action under 28 U.S.C. § 1332 because there is complete diversity of citizenship between the Plaintiff and Defendant, and the amount in controversy exceeds $75,000.00, excluding interest and costs.[1]

---

[1] Plaintiff alleges that he is entitled to recover "all monies paid and/or tendered to the defendant for the purchase of the vehicle including all amount [sic] received by defendant on Plaintiff's behalf from any lender or finance company, with interest." (Complaint, p. 4, "WHEREFORE," subpara. 1.)  Plaintiff alleges that he is entitled to recover at least $32,294.00 as the alleged purchase price of the subject vehicle. (*Id.*, ¶¶ 9, 14, Exhibit "A.")  Plaintiff also claims other

4.

Pursuant to 28 U.S.C. § 1446(b)(1) and Fed. R. Civ. P. 6(a), this Notice of Removal is filed within 30 days after receipt by the Defendant, through service or otherwise, of a copy of a pleading, amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. Defendant's first notice of this action came upon receiving a copy of Plaintiff's complaint from Defendant's attorney on May 18, 2021.

5.

Upon information and belief, Defendant shows the subject controversy is one between a resident of the state of Georgia (Plaintiff) and a limited-liability company that is not a citizen or resident of the state of Georgia.

6.

On information and belief, Plaintiff is a resident of the state of Georgia. (Complaint, ¶ 1.)[2]

---

damages not specifically itemized and enumerated in the complaint, including alleged "lost profits." (*Id.*, ¶¶ 13, 17.) Lastly, Plaintiff alleges that he is entitled to recover "triple damages" pursuant to O.C.G.A. § 10-1-372. (*Id.*, ¶ 17, "WHEREFORE," subpara. 2.) Thus, although Defendant denies that Plaintiff is entitled to such a recovery, Plaintiff has alleged a right to recover at least $96,882.00 in this action.

[2] Plaintiff is identified in the caption of the Complaint as "Corey Phoenix, dba Phoenix Brothers, Inc." (Complaint at 1.) The Complaint is signed only by

7.

Defendant is a Florida limited-liability company with its principal place of business in Florida. Defendant's sole member is Ryder Truck Rental, Inc., a Florida corporation with its principal place of business in Florida.

8.

The matter in controversy exceeds $75,000.00, excluding interest and costs, and is a civil action brought in a State Court of the State of Georgia, of which the United States District Courts have original jurisdiction because of diversity of citizenship and the amount in controversy pursuant to 28 U.S.C. § 1332.

9.

Based on the complete diversity that exists between the parties and the amount in controversy, the pending action is one which Defendant is entitled to remove to this Court pursuant to 28 U.S.C. §§ 1332, 1446(b).

WHEREFORE, Defendant Ryder Vehicles Sales, LLC prays that this Notice of Removal be filed, that said action be removed to and proceed in this Court,

---

Corey Phoenix, an individual. (*Id.* at 4.) Out of an abundance of caution, however, Defendant shows that Phoenix Brothers, Inc. is registered with the Georgia Secretary of State as a domestic profit corporation formed under the laws of the State of Georgia with its principal place of business in Georgia.

and no further proceedings be had in the said case in the State Court of Fulton County, Georgia.

Respectfully submitted this 16th day of June, 2021.

                                          **HAWKINS PARNELL & YOUNG, LLP**

*/s/ Martin A. Levinson*
Martin A. Levinson
Georgia Bar No. 141791
Elliott C. Ream
Georgia Bar No. 528281
*Counsel for Defendant*
*Ryder Vehicle Sales, LLC*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com
eream@hpylaw.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)

I hereby certify pursuant to Rule 7.1 of the Local Rules for the Northern District of Georgia that this document has been prepared in "Book Antiqua" font, 13 point, as required by Local Rule 5.1(C).

This 16th day of June, 2021.

>						HAWKINS PARNELL & YOUNG, LLP
>
>						_____
>						Martin A. Levinson
>						Georgia Bar No. 141791
>						*Counsel for Defendant*

303 Peachtree Street
Suite 4000
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COREY PHOENIX** d/b/a Phoenix Brothers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **RYDER VEHICLE SALES, LLC**, <br><br> Defendant. | **CIVIL ACTION FILE NO.** <br><br> _____ |

### NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

TO: Mr. Corey Phoenix
3482 River Mill Lane
Ellenwood, GA 30294

YOU ARE HEREBY notified of the filing of a Notice of Removal to the United States District Court for the Northern District of Georgia, Atlanta Division, of the case of *Corey Phoenix, dba Phoenix Brothers, Inc. v. Ryder Vehicle Sales, LLC*, Civil Action File no. 21EV003002, State Court of Fulton County, in accordance with the provisions of Section 1446, Title 28 of the United States Code. A copy of said Notice is attached hereto.

*[Signature of Counsel on Following Page]*

This 16th day of June, 2021.

                                          **HAWKINS PARNELL & YOUNG, LLP**

                                          _/s/ Martin A. Levinson_

                                          Martin A. Levinson
                                          Georgia Bar No. 141791
                                          Elliott C. Ream
                                          Georgia Bar No. 528281

303 Peachtree Street                  _Counsel for Defendant_
Suite 4000                              _Ryder Vehicle Sales, LLC_
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com
eream@hpylaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **COREY PHOENIX** d/b/a Phoenix Brothers, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **RYDER VEHICLE SALES, LLC**, <br><br> Defendant. | **CIVIL ACTION FILE NO.** <br><br> _____ |

## CERTIFICATE OF SERVICE

I have served Plaintiff in this case with the foregoing *Notice to Plaintiff of Removal to Federal Court* and *Notice of Removal (with Exhibits "A" and "B," Attorney's Affidavit, Affidavit of Filing in State Court of Fulton County, and Notice of Filing)* by placing copies in the U.S. Mail in envelope with adequate postage, addressed as follows:

> Mr. Corey Phoenix
> 3482 River Mill Lane
> Ellenwood, GA 30294

*[Signature of Counsel on Following Page]*

13213043                                      1 of 2

Certificate of Service – Petition for Removal, etc.
*Corey Phoenix, dba Phoenix Brothers, Inc. v. Ryder Vehicle Sales, LLC*
U.S. District Court, N.D. Ga., Civil Action File no. [to be assigned]

    This 16th day of June, 2021.

                                          HAWKINS PARNELL & YOUNG, LLP

                                          _____

                                          Martin A. Levinson

303 Peachtree Street              Georgia Bar No. 141791
Suite 4000                            *Counsel for Defendant*
Atlanta, Georgia 30308-3243
(404) 614-7400
(404) 614-7500 (fax)
mlevinson@hpylaw.com